**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: L.Z., A MINOR | : | No. 248 WAL 2023 |
| | : | |
| | : | |
| PETITION OF: D.Z., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: C.Z. A MINOR | : | No. 249 WAL 2023 |
| | : | |
| | : | |
| PETITION OF: D.Z., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: J.Z., A MINOR | : | No. 250 WAL 2023 |
| | : | |
| | : | |
| PETITION OF: D.Z., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.